JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

ARTHUR SOGHOYAN,

        Petitioner,

    v.

JAMES JANECKA, et al.,

        Respondents.

No. 2:26-cv-02749-SSS-DSR

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One and Petitioner shall be released from immigration detention on the parole conditions previously imposed.

DATED: April 27, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE